```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLADIS AYALA,                                    JUDGMENT
                                                 01-CV- 0468 (CBA)
                    Plaintiff,

    -against-                                    FILED
                                                 IN CLERK'S OFFICE
                                                 U.S. DISTRICT COURT E.D.N.Y.
KENNETH S. APFEL,                                ★   NOV 4 2005   ★
Commissioner of Social Security,

                                                        P.M.
                    Defendant.                   TIME A.M.
-----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 1, 2005, granting the Commissioner's motion for judgment on the pleadings; and finding that the Commissioner's decision to deny Supplemental Security Income during the relevant period is supported by substantial evidence in the record; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that the Commissioner's decision to deny Supplemental Security Income during the relevant period is supported by substantial evidence in the record.

Dated: Brooklyn, New York
       November 03, 2005

                                                 /s/
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court